# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERONICA NIXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-235-PRW |
| ENDENA PEIU, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 5), recommending that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 2) be denied for failure to cure deficiencies and that this action be dismissed unless Plaintiff pays the $405.00 filing fee in full within twenty (20) days of any order adopting the Report and Recommendation. Judge Erwin advised Plaintiff of her right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.

This Court has reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 5) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 5) in full. Plaintiff's Application

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

to Proceed in District Court without Prepaying Fees or Costs (Dkt. 2) is **DENIED**. Plaintiff shall pay the full $405.00 filing fee no later than May 28, 2025. If Plaintiff fails to pay the filing fee in full by this deadline, her action will be dismissed without prejudice.

**IT IS SO ORDERED** this 8th day of May 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE